IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:06-2419-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Susan P. Mullikin, John E. Mullikin, | ) | |
| FirstPlus Finance, Oconee Memorial | ) | |
| Hospital, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff filed this action on August 29, 2006. Pursuant to Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be made within 120 days of the date the complaint is filed. To date, service has not been accomplished in this case. It is therefore

**ORDERED** that the Plaintiff shall have a period of twenty (20) days from the date of this order to provide the court with proof of proper service in this case. The Plaintiff is advised that if proof of service is not provided within that time period, this case will be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 19, 2009